IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

SEP 1 1 2020

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER BRADLEY CHASE,<br><br>Defendant. | CR 15-95-BLG-SPW<br><br>ORDER |

Upon the Defendant's Unopposed Motion for Early Termination of Supervision (Doc. 51), pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. CHRISTOPHER CHASE's supervised release is terminated as of the date of this Order.

The Clerk shall forthwith notify the parties and the U.S. Probation Office of the making of this Order.

DATED this 11th day of September, 2020.

SUSAN P. WATTERS
United States District Judge